STATE OF NEW JERSEY v. EDISON WARFIELD.

May 1, 1979. Petition for certification denied. (See 166 *N.J.Super.* 129)

IN THE MATTER OF GEORGE MILLER, III.

May 1, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BREWER.

May 1, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CORNELIUS M. BOONE.

May 1, 1979. Petition for certification denied.

JOSEPH C. DALEY v. JOHN A. WADDINGTON.

May 1, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MACK SIMMONS.

May 1, 1979. Petition for certification denied.